UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARGONAUT INSURANCE COMPANY,

                Plaintiff,

      v.

KNOTEL, INC.; 295 MADISON NYC LLC;
301 BRANNAN ST SF LLC; 303 SECOND ST SF LLC;
and 240 W 40 ST NYC LLC,

                Defendants.

**ORDER**

20 Civ. 9432 (ER)

RAMOS, D.J.

      On November 10, 2020, Argonaut Insurance Company brought this action against Knotel, Inc., 295 Madison NYC LLC, 301 Brannan St SF LLC, 303 Second St SF LLC, and 240 W 40 St NYC LLC (collectively, "Defendants") for specific performance of an indemnity agreement and related claims. Doc. 1. On January 8, 2021, Defendants answered. Doc. 24. On January 20, the Court directed the parties to appear for a pre-motion conference on February 11. On February 1, Defendants informed the Court that they had filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware, Docket No. 21-10146 (MFW) (Mar. 31, 2021), triggering an automatic stay of this case under 11 U.S.C. § 362(a)(1). Doc. 29.

      Accordingly, this case is stayed, and the February 11 conference is adjourned, until the conclusion of Defendants' bankruptcy proceedings. The parties are directed to submit a status report within forty-eight hours of the conclusion of Defendants' bankruptcy proceedings.

      It is SO ORDERED.

Dated: February 9, 2021
       New York, New York

                                                _____
                                                Edgardo Ramos, U.S.D.J.